# Exhibit E

## to

# Kortek's Complaint
# for Patent Infringement

# Claim Chart for the '377 Patent

| US Patent No. 9,465,377, Exemplary Claim 1* | Resideo Accused Products:<br><br>T5 Thermostat, T5+ Smart Thermostat, T6 Thermostat, T6 Pro Thermostat, Wifi 7 Day Programmable Thermostat (RTH6580WF), Wifi Touchscreen Thermostat (RTH8580WF1007), The Round Thermostat |
|---|---|

* Kortek provides this exemplary claim chart for the purposes of showing one basis of infringement of the Kortek Patents by Resideo's Accused Products as defined in the Complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Kortek reserves its right to amend and fully provide its infringement arguments and evidence thereof until its Infringement Contentions are later produced according to the court's Scheduling Order in this case.

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

| US Patent # 9,465,377 Claim 1 | |
|---|---|
| A power control device for controlling an electrical apparatus through a peer-to-peer link with a controller so as to control a supply of electricity to the electrical apparatus, the controller having a processor, a memory, a user interface, and a wireless communications transceiver, said device comprising: | To the extent that the preamble is a limitation, Resideo's T5/T5+ Smart Thermostat is a Wi-Fi connected power control device, as shown by the Resideo website at https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/#f:price=[3-100-200]  The Resideo website states that the Resideo product is a Wi-Fi Thermostat. Wi-Fi is a wireless communications technology. The Resideo website states that the Resideo device can be used to "*set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more -*":https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/ <br><br> The T5+ Smart Thermostat works with all major smart home ecosystems and voice assistants, so you can set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more — just by saying so. We've enabled the T5+ to communicate with Apple HomeKit™, so you can control your thermostat using Siri®, the Apple voice assistant. |

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

Thermostats are devices that control the functions of heating and cooling systems inside buildings:
https://www.sciencedirect.com/topics/engineering/thermostats

## Thermostats

Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required.

Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com:
https://www.hvac.com/faq/what-is-hvac/

The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's.

## HEATING

Heating a home or building can be achieved through several different systems, such as furnaces, heat pumps, boilers, and ductless systems. Heat can be delivered to a space by different methods:

## AIR CONDITIONING

Air conditioning systems work in reverse of heating systems. Instead of creating heat, air conditioners use energy to extract heat from homes and buildings. Usually, air conditioning systems use a compressor to transfer heat from indoors to outside. The compressor runs on refrigerant, which changes back and forth between liquid and gas. As the refrigerant changes, it absorbs and releases the heat.

HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These systems are electrical apparatus.

The Resideo device is a thermostat which is a power control device for controlling heating and cooling systems (electrical apparatus).

Resideo states that its product is *'app-controlled'*:
:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

**Keeping life in tune**

The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.

The Resideo website prompts users to "*Connect your WiFi thermostat to the Honeywell Home App*" ": :https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.

Resideo provides an app for controlling the Resideo power control device that can be downloaded via the Apple Store or Google Play. Apps available on Apple Store and Google Play are installed on controllers using iOS or Android operating systems respectively: :https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/



Mobile devices capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices are controllers that have a processor, user interface, memory, and a wireless communications transceiver.

Resideo states on its website that the Resideo product controls "*heating and cooling*". In order to control heating and cooling, the Resideo product must be capable of controlling the supply of

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

electricity to the HVAC electrical apparatus:
:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/



Resideo further states that it is possible to program and automate an attached HVAC system:
https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Keeping life in tune**

The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.

Resideo indicates the app contains the ability to schedule the operation of connected HVAC systems:
https://digitalassets.resideo.com/damroot/Original/10005/33-00386ES.pdf

**Multiple programming options that fit your lifestyle:**

 1. **Location-Based scheduling –** The thermostat uses your smartphone's location to know when you're away, and saves you energy. Through geofence technology, it senses your return and helps make you comfortable upon arrival. You can always manually change your preset Home and Away temperature either on the thermostat or on the Honeywell Home app.
2. **Smart scheduling –** Use a combination of geofencing and time scheduling to fit your busy, active lifestyle.
3. **Time-Based scheduling –** Program your thermostat for one week; each day (each day is a different schedule); Mon-Fri, Sat, Sun; or Mon-Fri, Sat-Sun. All days with four adjustable periods per day.
4. **No scheduling –** Control your comfort manually by adjusting temperature set points only.

The Resideo website further indicates the ability to control HVAC systems using a smartphone:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

thermostat-rcht8612wf2005-u/



The image depicts a smartphone with the Honeywell app installed. The screen indicates an ability to vary the temperature in the 'Living Room' as shown by the current temperature of 72 degrees and arrows pointing up and down, signifying the ability to vary said temperature.

In order to provide the ability to set schedules using the app and vary the heating or cooling in a room, the electricity to a HVAC electrical apparatus must be capable of being varied based on instructions from a smartphone communicated wirelessly to the Resideo product.

A Resideo-produced video explains the setup procedures for the Resideo product. That video provides instructions on how to establish a peer-to-peer link between the Resideo product and a smartphone: https://www.youtube.com/watch?v=mjzVicXvivM

Transcript of the video. **[Step N]** added for ease of reference:

- *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.*
- **[Step 1]** *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name.*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



- *The thermostat is now broadcasting its own unique Wi-Fi network.*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

- **[Step 2**] *Press 'Next' on the App.*
- *The App is now instructing you to connect to the thermostat's Wi-Fi network.*



- **[Step 3]** *Press 'Next' to continue.*
- *Select the Lyric Network name and connect.*
- *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



- The App will notify you that your thermostat is configured.
- **[Step 4]** *Since all we're doing is resetting the Wi-Fi connection, none of the other internal settings on the thermostat should be changed such as the schedule, system type, or preferences. Touch 'Next' to continue.*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



- *[**Step 5**] To complete the pairing, enter the 4 digit pin displayed on the face of the thermostat and press 'Done'.*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions state that the Resideo product will broadcast "*its own unique Wi-Fi network*" and direct a user to connect to that network: "*The App is now instructing you to connect to the thermostat's Wi-Fi network. Select the Lyric network name and connect.*" Images of the smartphone further direct a user to the smartphone's Wi-Fi settings where the "*Lyric or TStat*" Wi-Fi networks are visible and selectable. The available "*Lyric or TStat*" Wi-Fi networks indicate that the Resideo product has been configured to simulate a Wi-Fi network access point. Connecting to the "*Lyric or TStat*" Wi-Fi networks establishes a peer-to-peer link between the smartphone and the Resideo product without using an intermediary. Instructions further support this by stating "*Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*" Further, the images in **Step 3** detail that both the Resideo product and smartphone will notify a user that a connection between the devices has been made: the Resideo product screen states *'Connected'*; while the smartpone highlights and lists the Resideo device ("*Lyric C6FF24*") as the *'Current Network'*:



Further, **Step 4** indicates that the Resideo product screen will state "*Connected*" when a peer-to-peer connection with the smartphone is established. At this time the smartphone screen will state "*Connected to Thermostat*":

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



| a microprocessor having a memory; | The Resideo product is a complex electronic device. Complex electronic devices require a microprocessor with memory to store and run the firmware required to perform the device's desired functions. |
|---|---|
| | Resideo states on its website that the Resideo product is a Wi-Fi connected thermostat: https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/#f:price=[3-100-200] |

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



For a smartphone to connect to the Resideo product via Wi-Fi, the Resideo product must be configured with a microprocessor having a memory in order to operate its Wi-Fi communications. The absence of a microprocessor would render the product incapable of communicating via Wi-Fi.

Resideo further states on its website that the Resideo product is an "*app-controlled thermostat*" that users can "*Program it based on your schedule, or let it automatically adapt as plans change*." :https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Keeping life in tune**

The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.

Resideo indicates the ability to program the Resideo product with a range of scheduling for connected HVAC systems: https://digitalassets.resideo.com/damroot/Original/10005/33-00386ES.pdf

14

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

| | |
|---|---|
| | **Multiple programming options that fit your lifestyle:**<br><br> 1. **Location-Based scheduling** – The thermostat uses your smartphone's location to know when you're away, and saves you energy. Through geofence technology, it senses your return and helps make you comfortable upon arrival. You can always manually change your preset Home and Away temperature either on the thermostat or on the Honeywell Home app.<br>2. **Smart scheduling** – Use a combination of geofencing and time scheduling to fit your busy, active lifestyle.<br>3. **Time-Based scheduling** – Program your thermostat for one week; each day (each day is a different schedule); Mon-Fri, Sat, Sun; or Mon-Fri, Sat-Sun. All days with four adjustable periods per day.<br>4. **No scheduling** – Control your comfort manually by adjusting temperature set points only.<br><br>In order to provide the capability to program the Resideo product with schedules, the Resideo product must contain a microprocessor with memory to store and run the scheduling program. |
| a power control circuit configured to implement a command from said microprocessor to vary the supply of electricity to the electrical apparatus; and | The Resideo product has a power control circuit configured to implement a command from the microprocessor to vary the supply of electricity to the electrical apparatus. The Resideo website states that the Resideo device is a "*Smart Thermostat*" that can be used to "*set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more -*":https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/<br><br>The T5+ Smart Thermostat works with all major smart home ecosystems and voice assistants, so you can set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more — just by saying so. We've enabled the T5+ to communicate with Apple HomeKit™, so you can control your thermostat using Siri®, the Apple voice assistant.<br><br>Thermostats are devices that control the functions of heating and cooling systems inside buildings: https://www.sciencedirect.com/topics/engineering/thermostats<br><br>Thermostats<br>Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required.<br><br>Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com: https://www.hvac.com/faq/what-is-hvac/ |

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's.

## HEATING

Heating a home or building can be achieved through several different systems, such as furnaces, heat pumps, boilers, and ductless systems. Heat can be delivered to a space by different methods:

## AIR CONDITIONING

Air conditioning systems work in reverse of heating systems. Instead of creating heat, air conditioners use energy to extract heat from homes and buildings. Usually, air conditioning systems use a compressor to transfer heat from indoors to outside. The compressor runs on refrigerant, which changes back and forth between liquid and gas. As the refrigerant changes, it absorbs and releases the heat.

HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These systems are electrical apparatus.

Thermostats contain power control circuits:
https://c03.apogee.net/mvc/home/hes/land/el?utilityname=loup&spc=foe&id=4704#:~:text=The%20thermostat%20is%20part%20of,to%20the%20air%20conditioning%20compressor.

### Types of Circuits - Control Circuits

A control circuit is a special type of circuit used to control the operation of a completely separate power circuit. Consider a 1,000 horsepower, large industrial motor driving a water pump. The motor is connected to a high voltage electrical supply of 2,400 volts.

A common control circuit example is the thermostat to the air conditioner in a house. The thermostat is part of a low-voltage control circuit that controls a relay that actually energizes and de-energizes the power circuit to the air conditioning compressor.

The Resideo product, being a Thermostat, contains a power control circuit.

Resideo states on its website that the Resideo product is an "*app-controlled thermostat*" that users can "*Program it based on your schedule, or let it automatically adapt as plans change*." :https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

| | |
|---|---|
| | **Keeping life in tune**<br><br>The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.<br><br>The use of the phrase "*Program it based on your schedule, or let it automatically adapt as plans change*" indicates that the Resideo product is configured to vary the supply of electricity to the HVAC electrical apparatus based on commands from its microprocessor.<br><br>Resideo indicates that the app contains the ability to program schedules for connected HVAC systems: https://digitalassets.resideo.com/damroot/Original/10005/33-00386ES.pdf<br><br>**Multiple programming options that fit your lifestyle:**<br><br> 1. **Location-Based scheduling –** The thermostat uses your smartphone's location to know when you're away, and saves you energy. Through geofence technology, it senses your return and helps make you comfortable upon arrival. You can always manually change your preset Home and Away temperature either on the thermostat or on the Honeywell Home app.<br>2. **Smart scheduling –** Use a combination of geofencing and time scheduling to fit your busy, active lifestyle.<br>3. **Time-Based scheduling –** Program your thermostat for one week; each day (each day is a different schedule); Mon-Fri, Sat, Sun; or Mon-Fri, Sat-Sun. All days with four adjustable periods per day.<br>4. **No scheduling –** Control your comfort manually by adjusting temperature set points only.<br><br>Once schedules are programmed into the microprocessor of the Resideo product using the Honeywell app on a smartphone, the Resideo product's power control circuit is configured to implement commands from the microprocessor to vary the supply of electricity to the HVAC electrical apparatus when the microprocessor determines the appropriate time according to the programmed schedule. |
| a wireless communications transceiver operable for two-way, peer-to-peer communication with the controller, | The Resideo product includes a wireless communications transceiver operable for two-way, peer-to-peer communication with the controller.<br><br>Resideo states that its product is a Wi-Fi connected thermostat, as shown by the Resideo website: https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/#f:price=[3-100-200] |

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



The Resideo website states that the Resideo product is a Wi-Fi Thermostat. Wi-Fi is a wireless communications technology. In order to communicate via Wi-Fi, the Resideo product must contain a wireless communications transceiver.

A Resideo-produced video explains the setup procedures for the Resideo product. That video provides instructions on how to establish a peer-to-peer communications link between the Resideo product and a smartphone: https://www.youtube.com/watch?v=mjzVicXvivM

Transcript of the video in *italics* below.  **[Step N]** added for ease of reference:

- *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.*
- **[Step 1]**  *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name.*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



- *The thermostat is now broadcasting its own unique Wi-Fi network.*

- **[Step 2]** *Press 'Next' on the App.*
- *The App is now instructing you to connect to the thermostat's Wi-Fi network.*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



- **[Step 3]** *Press 'Next' to continue.*
- *Select the Lyric Network name and connect.*
- *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



- *The App will notify you that your thermostat is configured.*
- *[Step 4] Since all we're doing is resetting the Wi-Fi connection, none of the other internal settings on the thermostat should be changed such as the schedule, system type, or preferences. Touch 'Next' to continue.*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



- *[Step 5] To complete the pairing, enter the 4 digit pin displayed on the face of the thermostat and press 'Done'.*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

Resideo provides instructions on how to connect to the product using a wireless communications transceiver operable for two-way, peer-to-peer communications with the smartphone or controller. Setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions state that the Resideo product will broadcast "*its own unique Wi-Fi network*" and direct a user to connect to that network "*The App is now instructing you to connect to the thermostat's Wi-Fi network. Select the Lyric network name and connect.*" Images of the smartphone further direct a user to the smartphone's Wi-Fi settings where the "*Lyric or TStat*" Wi-Fi networks should be visible and selectable. The available " *Lyric or TStat* " Wi-Fi networks indicate that the Resideo product has been configured to simulate a Wi-Fi network access point. Connecting to the " *Lyric or TStat* " Wi-Fi networks establishes a peer-to-peer Wi-Fi connection between the smartphone and the Resideo product. Instructions further support this by stating " *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*" Further, the images in **Step 3** detail that both the Resideo product and smartphone will notify a user that a connection between the devices has been made: the Resideo product screen states *'Connected'*; while the smartpone highlights and lists the Resideo device ("*Lyric C6FF24*") as the *'Current Network'*:



Further, **Step 4** indicates that the Resideo product screen will state "*Connected*" when a peer-to-peer connection with the smartphone is established. At this time the smartphone screen will state "*Connected to Thermostat*":

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



| | |
|---|---|
| said microprocessor being configured to open a peer-to-peer wireless communications link with the controller by either: simulating a network access point if said controller is an IEEE 802.11 network client device; or negotiating with said controller as to which of said microprocessor or said controller will assume a group owner role if said controller is an IEEE 802.11 device configured to utilize a peer-to-peer communications standard. | On information and belief, the Resideo device has a microprocessor and is configured to open a peer-to-peer wireless communications link with the controller by simulating a network access point if said controller is an IEEE 802.11 network client device.<br><br>Resideo states its product is a Wi-Fi thermostat:<br>https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/#f:price=[3-100-200]<br><br> |

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

In order for a smartphone to connect to the Resideo product via Wi-Fi, the Resideo product must contain a microprocessor configured to operate its Wi-Fi communications. The absence of a microprocessor would render the product incapable of communicating via Wi-Fi.

Resideo identifies specifications of the Resideo product:
https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/



| | |
|---|---|
| Thermostat Type | Programmable, Communicating |
| WiFi Specifications | 802.11b, 802.11g, 802.11n, 2.4GHz range |
| Color | Black |
| Includes | Thermostat, Quick installation guide, Screws, Anchors, UWP mounting system, C-Wire power adapter |
| Program Modes | 7-Day Programmable |
| Demand Response | Yes |
| Display Type | Touch Screen |
| Power Supply | Hard-wired |

Resideo's 'WiFi Specifications' outline the Wi-Fi standards integrated into the Resideo product to communicate via Wi-Fi. Wi-Fi is the commercial brand name for the IEEE 802.11 family of wireless communications standards. Resideo list its product being configured with "*802.11b, 802.11g, 802.11n, 2.4GHz range*". In that way, Resideo clearly identifies the use of IEEE 802.11 in its product.

Smartphones and tablets contain Wi-Fi networking capabilities. Smartphones that are Wi-Fi enabled adhere to the IEEE 802.11 standards when operating as a network client.

A Resideo-produced video explains the setup procedures for the Resideo product. That video provides instructions on how to establish a peer-to-peer communications link between the Resideo product and a smartphone: https://www.youtube.com/watch?v=mjzVicXvivM

Transcript of the video **[Step N]** added for ease of reference:

- *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.*
- **[Step 1]** *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name.*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



- *The thermostat is now broadcasting its own unique Wi-Fi network.*

- **[Step 2]** *Press 'Next' on the App.*
- *The App is now instructing you to connect to the thermostat's Wi-Fi network.*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



- **[Step 3]** *Press 'Next' to continue.*
- *Select the Lyric Network name and connect.*
- *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



- *The App will notify you that your thermostat is configured.*
- *[**Step 4**] Since all we're doing is resetting the Wi-Fi connection, none of the other internal settings on the thermostat should be changed such as the schedule, system type, or preferences. Touch 'Next' to continue.*

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**



- [**Step 5**] To complete the pairing, enter the 4 digit pin displayed on the face of the thermostat and press 'Done'.

**Exhibit E to Kortek's Complaint for Patent Infringement - Claim Chart for the '377 Patent**

| | |
|---|---|
| | The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. A smartphone configured as an IEEE 802.11 client will display available Wi-Fi access points.  **Step 1** of the instructions state that the Resideo product will broadcast "*its own unique Wi-Fi network*". At this point the Resideo product is configured to simulate a network access point in order to  establish a peer-to-peer Wi-Fi communications link with the smartphone.  The Resideo product operating as a simulated access point can be discovered by an IEEE 802.11 network client device such as a smartphone. **Step 2** instructs a user to "*connect to the thermostat's Wi-Fi network*." **Step 3** states that "*since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*" **Step 3** identifies that the Resideo product is configured to simulate a network access point and not operating as an actual network access point in a local area network. A simulated access point can be used to create a peer-to-peer Wi-Fi communications channel between devices, but does not provide a connection to a local area network or the internet. |