# <u>Exhibit F</u>

# to

# Kortek's Complaint for Patent Infringement

# Claim Chart for the '427 Patent

| US Patent No. 9,590,427, Exemplary Claim 1* | Resideo Accused Products:<br><br>T5 Thermostat, T5+ Smart Thermostat, T6 Thermostat, T6 Pro Thermostat, Wifi 7 Day Programmable Thermostat (RTH6580WF), Wifi Touchscreen Thermostat (RTH8580WF1007), The Round Thermostat |
| --- | --- |

---

\* Kortek provides this exemplary claim chart for the purposes showing one basis of infringement of the Kortek Patents by Resideo's Accused Products as defined in the Complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Kortek reserves its right to amend and fully provide its infringement arguments and evidence thereof until its Infringement Contentions are later produced according to the court's Scheduling Order in this case.

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

| US Patent # 9,590,427 Claim 1 | |
|---|---|
| A power control device for controlling an electrical apparatus through a wireless communications link with a personal controller so as to control a supply of electricity to the electrical apparatus, the personal controller having a processor, a user interface, and a wireless communications transceiver, said device comprising: | To the extent that the preamble is a limitation, Resideo's T5/T5+ Smart Thermostat is a Wi-Fi connected power control device, as shown by the Resideo website at: https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/#f:price=[3-100-200]



The Resideo website states that the Resideo product is a Wi-Fi Thermostat. Wi-Fi is a wireless communications technology.

The Resideo website states that the Resideo device is a "*Smart Thermostat*" that can be used to "*set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more*":https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/



The T5+ Smart Thermostat works with all major smart home ecosystems and voice assistants, so you can set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more — just by saying so. We've enabled the T5+ to communicate with Apple HomeKit™, so you can control your thermostat using Siri®, the Apple voice assistant. |

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

Thermostats are devices that control the functions of heating and cooling systems inside buildings:
https://www.sciencedirect.com/topics/engineering/thermostats

Thermostats

Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required.

Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com:
https://www.hvac.com/faq/what-is-hvac/

The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's.

**HEATING**

Heating a home or building can be achieved through several different systems, such as furnaces, heat pumps, boilers, and ductless systems. Heat can be delivered to a space by different methods:

**AIR CONDITIONING**

Air conditioning systems work in reverse of heating systems. Instead of creating heat, air conditioners use energy to extract heat from homes and buildings. Usually, air conditioning systems use a compressor to transfer heat from indoors to outside. The compressor runs on refrigerant, which changes back and forth between liquid and gas. As the refrigerant changes, it absorbs and releases the heat.

HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These systems are electrical apparatus. The Resideo product, being a thermostat, controls the supply of electricity to HVAC electrical apparatus.

Resideo states that its product is *'app-controlled'*:
:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Keeping life in tune**

The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.

The Resideo website prompts users to "*Connect your WiFi thermostat to the Honeywell Home App*" to

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

control the device "*from anywhere by smartphone or tablet*":
:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

> Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.

Resideo provides an app for controlling the Resideo power control device that can be downloaded via the Apple Store or Google Play. Apps available on Apple Store and Google Play are installed on personal controllers that operate using iOS or Android operating systems respectively:
:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/



Mobile devices capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices are personal controllers that have a processor, user interface, and a wireless communications transceiver.

Resideo states on its website that the Resideo product controls "*heating and cooling*". In order to control heating and cooling, the Resideo product must be capable of controlling the supply of electricity to HVAC systems, being an electrical apparatus:
:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



Resideo states that it is possible to program and automate operations:
https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

## Keeping life in tune

The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.

Resideo indicates the Resideo product contains the ability to schedule HVAC systems using an app running on a smartphone: https://digitalassets.resideo.com/damroot/Original/10005/33-00386ES.pdf

### Multiple programming options that fit your lifestyle:



1. **Location-Based scheduling –** The thermostat uses your smartphone's location to know when you're away, and saves you energy. Through geofence technology, it senses your return and helps make you comfortable upon arrival. You can always manually change your preset Home and Away temperature either on the thermostat or on the Honeywell Home app.
2. **Smart scheduling –** Use a combination of geofencing and time scheduling to fit your busy, active lifestyle.
3. **Time-Based scheduling –** Program your thermostat for one week; each day (each day is a different schedule); Mon-Fri, Sat, Sun; or Mon-Fri, Sat-Sun. All days with four adjustable periods per day.
4. **No scheduling –** Control your comfort manually by adjusting temperature set points only.

The Resideo website indicates an ability to control HVAC systems using a smartphone:
https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



The image depicts a smartphone with the Honeywell app on its screen. That on-screen app indicates the ability to vary the temperature in the 'Living Room' as shown by the current temperature of 72 degrees and arrows pointing up and down, signifying the ability to vary said temperature.

In order to provide the ability to set schedules using an app and vary the heating or cooling in a room, the supply of electricity to the HVAC system (or electrical apparatus) must be capable of being varied based on instructions from a users smartphone communicated wirelessly.

| a wireless control module operable for wireless communication with the personal controller, said wireless control module including an aerial, a wireless interface circuit, a radio transceiver, and a microcontroller, | The Resideo product includes a wireless control module operable for wireless communication with the personal controller. Resideo states on its website the product is a Wi-Fi connected thermostat: https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/#f:price=[3-100-200] |
|---|---|

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



Resideo states on its website that the product can be controlled "*from anywhere by smartphone or tablet*." https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.

Being able to control the Resideo product from "*anywhere by smartphone or tablet*" requires a wireless communications link between the personal controller and Resideo product. Resideo indicate that wireless communications occur via Wi-Fi. In order for the Resideo product to communicate using Wi-Fi, the Resideo product must have a wireless control module that includes an aerial, a wireless interface circuit, a radio transceiver and a microcontroller.

An aerial and radio transceiver are essential for Wi-Fi communications: (https://computer.howstuffworks.com/wireless-network1.htm):

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

# How WiFi Works

    BY MARSHALL BRAIN, TRACY V. WILSON & BERNADETTE JOHNSON

## What Is WiFi?



A wireless network uses radio waves, just like cell phones, televisions and radios do. In fact, communication across a wireless network is a lot like two-way radio communication. Here's what happens:

1. A computer's wireless adapter translates data into a radio signal and transmits it using an antenna.

2. A wireless router receives the signal and decodes it. The router sends the information to the Internet using a physical, wired Ethernet connection.

The process also works in reverse, with the router receiving information from the Internet, translating it into a radio signal and sending it to the computer's wireless adapter.

Resideo outlines specifications of the Resideo product:
https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

| | |
|---|---|
| Thermostat Type | Programmable, Communicating |
| WiFi Specifications | 802.11b, 802.11g, 802.11n, 2.4GHz range |
| Color | Black |
| Includes | Thermostat, Quick installation guide, Screws, Anchors, UWP mounting system, C-Wire power adapter |
| Program Modes | 7-Day Programmable |
| Demand Response | Yes |
| Display Type | Touch Screen |
| Power Supply | Hard-wired |

Residio's 'WiFi Specifications' outline the Wi-Fi technology integrated into Resideo's product to communicate using Wi-Fi. That technology adheres to the *"802.11b, 802.11g, 802.11n, 2.4GHz range"* standards. These standards specifically relate to Wi-Fi which is a wireless communications medium. In order to communicate using Wi-Fi, the Resideo product must contain an aerial, a wireless interface circuit, a radio transceiver and a microcontroller. The absence of these elements would render the product incapable of communicating via Wi-Fi.

| said microcontroller being configured in a first mode to operate said wireless control module using a peer- | The Resideo product includes a microcontroller configured in a first mode to operate its wireless control module using a peer-to-peer communications standard to communicate with a smartphone (personal controller). A Resideo-produced video explains the setup procedure for the Resideo product. That video provides instructions on how to establish a peer-to-peer communications link between the Resideo product and a smartphone: https://www.youtube.com/watch?v=mjzVicXvivM |
|---|---|

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

| to-peer communications standard to communicate with the personal controller, | Transcript of the video in *italics* below.  **[Step N]** added for ease of reference: |
|---|---|
| | • *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.* |
| | • **[Step 1]** *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name.* |
| |  |
| | Honeywell Home T5 and T6 thermostat WiFi reset with Android |
| | 945 views • Sep 25, 2019 |
| | Resideo Customer Support |
| | 330 subscribers |
| | • *The thermostat is now broadcasting its own unique Wi-Fi network.* |

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



- **[Step 2**] *Press 'Next' on the App.*
- *The App is now instructing you to connect to the thermostat's Wi-Fi network.*

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

- **[Step 3]** *Press 'Next' to continue. Select the Lyric Network name and connect.*
- *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*



**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



- *The App will notify you that your thermostat is configured.*
- **[Step 4]** *Since all we're doing is resetting the Wi-Fi connection, none of the other internal settings on the thermostat should be changed such as the schedule, system type, or preferences. Touch 'Next' to continue.*

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



- **[Step 5]** *To complete the pairing, enter the 4 digit pin displayed on the face of the thermostat and press 'Done'.*

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

| | |
|---|---|
| | The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions state that the Resideo product will broadcast "*its own unique Wi-Fi network*" and directs a user to connect to that network "*The App is now instructing you to connect to the thermostat's Wi-Fi network. Select the Lyric network name and connect.*" Images of the smartphone further direct a user to the smartphone's Wi-Fi settings where the "*Lyric or TStat*" Wi-Fi networks are visible and selectable. The available "*Lyric or TStat*" Wi-Fi networks indicate that the microcontroller of the Resideo product has been configured to simulate a Wi-Fi network access point. Connecting to the "*Lyric or TStat*" Wi-Fi networks establishes a wireless peer-to-peer connection between the smartphone and the Resideo product without using an intermediary. Instructions further support this by stating "*Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*" Further, the images in Step 3 detail that both the Resideo product and smartphone will notify a user that a connection between the devices has been made: the Resideo product screen states *'Connected'*; while the smartpone highlights and lists the Resideo device ("*Lyric C6FF24*") as the *'Current Network'*:  |
| said microcontroller being configured in a second mode to operate said wireless control module using a non-peer-to-peer communications standard to communicate with a network access point in a WLAN, | The microcontroller in the Resideo product is configured in a second mode to operate its wireless control module using a non-peer-to-peer communications standard to communicate with a network access point in a WLAN.<br><br>A Resideo-produced video outlines the setup procedure for the Resideo product. That video provides instructions on how to establish a non-peer-to-peer communications link with a network access point in a WLAN: https://www.youtube.com/watch?v=mjzVicXvivM<br><br>Transcript of the video in *italics* below.  **[Step N]** added for ease of reference:<br><br>• *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.*<br>• **[Step 1]** *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name.* |

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



- *The thermostat is now broadcasting its own unique Wi-Fi network.*

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

- **[Step 2]** *Press 'Next' on the App.*
- *The App is now instructing you to connect to the thermostat's Wi-Fi network.*



- **[Step 3]** *Press 'Next' to continue. Select the Lyric Network name and connect.*
- *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



- *The App will notify you that your thermostat is configured.*
- **[Step 4]** *Since all we're doing is resetting the Wi-Fi connection, none of the other internal settings on the thermostat should be changed such as the schedule, system type, or preferences. Touch 'Next' to continue.*

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



- **[Step 5]** *To complete the pairing, enter the 4 digit pin displayed on the face of the thermostat and press 'Done'.*

- **[Step 6]** *You will now be prompted to connect to your local Wi-Fi network. Choose your home network and enter your password. Use the 'show password' button to verify you have entered*

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

> *the correct password*
> - **[Step 7]** *Touch 'Next' to connect.*



**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



**Step 6** of the instructions outlines connecting to a local Wi-Fi network access point: "*You will now be prompted to connect to your local Wi-Fi network*". The instructions detail steps required to make that connection: "*Choose your home network and enter your password. Use the 'show password' button to verify you have entered the correct password.*"

When connected to an access point in a user's local Wi-Fi network, the Resideo product operates as a Wi-Fi client of that network. The Wi-Fi network access point provides access to the wireless local area network and through that the internet. When operating as a network client, the microcontroller of the Resideo product uses a non-peer-to-peer communications standard to communicate with the Wi-Fi network access point, router and devices, such as the smartphone running the Resideo App.

The instructions evidence a connection to a Wi-Fi network access point by stating that the user must "*Choose your home network and enter your password. Use the 'show password' button to verify you have entered the correct password*".

As indicated on the Resideo website, the Resideo product can vary the supply of electricity to the electrical apparatus when the smartphone and app are not in close proximity to the Resideo product: "*Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet*".
:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

| | |
|---|---|
| | Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures. |
| | The sentence "*control from anywhere*" indicates an ability to control the system remotely. The Resideo product is a Wi-Fi device. The ability to communicate with the Resideo product remotely using Wi-Fi requires the use of a non-peer-to-peer communications standard. |
| said microcontroller being configured to change from the first mode to the second mode upon receiving instructions from the personal controller for said radio transceiver to operate in the second mode; and | The microcontroller inside the Resideo product is configured to change from the first mode to the second mode upon receiving instructions from the personal controller for said radio transceiver to operate in the second mode.

A Resideo-produced video explains the setup procedures for the Resideo product. That video provides instructions on how to change the Resideo product from a first mode of communication to a second mode on instructions from a smartphone: https://www.youtube.com/watch?v=mjzVicXvivM

Transcript of the video in *italics* below.  **[Step N]** added for ease of reference:

- *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.*
- **[Step 1]** *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name.*



- *The thermostat is now broadcasting its own unique Wi-Fi network.* |

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



- **[Step 2]** *Press 'Next' on the App.*
- *The App is now instructing you to connect to the thermostat's Wi-Fi network.*

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

- **[Step 3]** *Press 'Next' to continue. Select the Lyric Network name and connect.*
- *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*



**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



- *The App will notify you that your thermostat is configured.*
- *[Step 4] Since all we're doing is resetting the Wi-Fi connection, none of the other internal settings on the thermostat should be changed such as the schedule, system type, or preferences. Touch 'Next' to continue.*

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



- **[Step 5]** *To complete the pairing, enter the 4 digit pin displayed on the face of the thermostat and press 'Done'.*

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

- **[Step 6]** *You will now be prompted to connect to your local Wi-Fi network. Choose your home network and enter your password. Use the 'show password' button to verify you have entered the correct password*
- **[Step 7]** *Touch 'Next' to connect.*



**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



**Step 6** of the setup procedure outlines steps required from a user to change from the first mode of communication to the second mode: "*You will now be prompted to connect to your local Wi-Fi network"*. The instructions lead the user through a process using the smartphone to instruct the Resideo device to change modes: "*Choose your home network and enter your password. Use the 'show password' button to verify you have entered the correct password.*"

**Step 7** of the setup procedure instructs a user to tap the "*Next*" button on the smartphone app after choosing the appropriate local Wi-Fi network.

The setup procedure specifically indicates modes changing after receiving instructions from the smartphone. Performing the tasks outlined in the setup procedure initiates the switching from a first mode to a second mode whereby the Resideo product connects to a users local Wi-Fi network. When connected to a user's Wi-Fi network, the Resideo product operates as a network client.

The setup procedure evidences the connection to a Wi-Fi network by stating that the user must "*Choose your home network*" in **Step 6**. Tapping "*Next*" in **Step 7** is an instruction from the personal controller (clicking the appropriate button in a smartphone app) to initiate the handoff process. Upon receiving this instruction, the Resideo product's microcontroller changes from a first mode to a second mode of operation.

Further evidence of changing modes can be found on the screens of the smartphone and Resideo product during the setup procedure. **Step 4** indicates that the Resideo device's screen will state "*Connected*" when a peer-to-peer connection with the smartphone is established. At this time the smartphone screen will state "*Connected to Thermostat*.":

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**



Following the setup procedure through to and including **Step 7** indicates that the Resideo product's screen will change from "*Connected*" to "*Connecting*". At this time the smartphone screen will change from "*Connected to Thermostat*" to "*Connecting to Wi-Fi*":

The change in information displayed on both the Resideo product screen and smartphone screen

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

| | indicate a change of state and show that, upon receiving instruction from the smartphone in **Step 7**, the Resideo product changes from operating in a first mode to a second mode. |
|---|---|
| a power control circuit configured to vary the supply of electricity to the electrical apparatus based at least in part on instructions communicated from the personal controller through said wireless control module. | The Resideo product has a power control circuit configured to vary the supply of electricity to the electrical apparatus  based at least on instructions communicated from the personal controller wirelessly. The Resideo website states that the Resideo device is a "*Smart Thermostat*" that can be used to "*set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more* -":https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/<br><br>The T5+ Smart Thermostat works with all major smart home ecosystems and voice assistants, so you can set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more — just by saying so. We've enabled the T5+ to communicate with Apple HomeKit™, so you can control your thermostat using Siri®, the Apple voice assistant.<br><br>Thermostats are devices that control the functions of heating and cooling systems inside buildings: https://www.sciencedirect.com/topics/engineering/thermostats<br><br>Thermostats<br>Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required.<br><br>Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com: https://www.hvac.com/faq/what-is-hvac/<br><br>The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's.<br><br>**HEATING**<br><br>Heating a home or building can be achieved through several different systems, such as furnaces, heat pumps, boilers, and ductless systems. Heat can be delivered to a space by different methods: |

## AIR CONDITIONING

Air conditioning systems work in reverse of heating systems. Instead of creating heat, air conditioners use energy to extract heat from homes and buildings. Usually, air conditioning systems use a compressor to transfer heat from indoors to outside. The compressor runs on refrigerant, which changes back and forth between liquid and gas. As the refrigerant changes, it absorbs and releases the heat.

HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These systems are electrical apparatus.

Thermostats contain power control circuits:
https://c03.apogee.net/mvc/home/hes/land/el?utilityname=loup&spc=foe&id=4704#:~:tex t=The%20thermostat%20is%20part%20of,to%20the%20air%20conditioning%20compressor.

## Types of Circuits - Control Circuits

A control circuit is a special type of circuit used to control the operation of a completely separate power circuit. Consider a 1,000 horsepower, large industrial motor driving a water pump. The motor is connected to a high voltage electrical supply of 2,400 volts.

A common control circuit example is the thermostat to the air conditioner in a house. The thermostat is part of a low-voltage control circuit that controls a relay that actually energizes and de-energizes the power circuit to the air conditioning compressor.

Resideo states on its website that the Resideo product is an "*app-controlled thermostat*" that users can "*Program it based on your schedule, or let it automatically adapt as plans change.*" :https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

### Keeping life in tune

The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.

The phrase *'app-controlled'* indicates that it is possible to vary operating parameters of the Resideo product based on instructions from an app installed on a personal controller, or smartphone. This is supported by statements on Resideo's website that a user can "*Connect your WiFi thermostat to the Honeywell Home app, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet.*" https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Exhibit F to Kortek's Complaint for Patent Infringement – Claim Chart for the '427 Patent**

> Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.

In order for a HVAC system to be controlled using the Honeywell Home App, the Resideo product must have a power control circuit configured to vary the supply of electricity to the HVAC electrical apparatus. The supply of electricity is varied at least in part on instructions communicated from the personal controller through the wireless control module: "*Control from anywhere by smartphone or tablet*". This phrase indicates a command is sent from the smartphone to the Resideo product that determines the action to be taken by the Resideo product in relation to the electrical apparatus.

The Resideo app contains the ability to schedule HVAC systems:
https://digitalassets.resideo.com/damroot/Original/10005/33-00386ES.pdf

**Multiple programming options that fit your lifestyle:**



1. **Location-Based scheduling –** The thermostat uses your smartphone's location to know when you're away, and saves you energy. Through geofence technology, it senses your return and helps make you comfortable upon arrival. You can always manually change your preset Home and Away temperature either on the thermostat or on the Honeywell Home app.
2. **Smart scheduling –** Use a combination of geofencing and time scheduling to fit your busy, active lifestyle.
3. **Time-Based scheduling –** Program your thermostat for one week; each day (each day is a different schedule); Mon-Fri, Sat, Sun; or Mon-Fri, Sat-Sun. All days with four adjustable periods per day.
4. **No scheduling –** Control your comfort manually by adjusting temperature set points only.

In order for the Resideo product to schedule a HVAC system, the Resideo product must have a power control circuit configured to vary the supply of electricity to the HVAC electrical apparatus.

Further, as indicated below on the Resideo website, the Resideo product can vary the supply of electricity to the HVAC electrical apparatus when the smartphone and app are not in close proximity to the Resideo product " *Control from anywhere by smartphone or tablet*" :
https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

> Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.

**Exhibit F to Kortek's Complaint for Patent Infringement - Claim Chart for the '427 Patent**

| | |
|---|---|
| | In order to provide the ability to control the Resideo device "*from anywhere*", the Resideo device must be capable of receiving instructions from the app on a users smartphone communicated wirelessly: https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/ <br><br>  <br><br> The image depicts a smartphone (personal controller) with the Honeywell app on its screen. The on-screen image indicates the ability to vary the temperature in the 'Living Room' as shown by the current temperature of 72 degrees and arrows pointing up and down, signifying the ability to vary said temperature. <br><br> In order to set schedules using the app and vary the heating or cooling in a room, the electricity to the HVAC electrical apparatus must be capable of being varied based on instructions from the app on a users smartphone communicated wirelessly and received by the Resideo device through a wireless control module. |