# <u>Exhibit G</u>

## to

## Kortek's Complaint
## for Patent Infringement

## Claim Chart for the '376
## Patent

| USA Patent No.<br>**9,923,376**<br>Exemplary<br>Claim 12* | Resideo Accused Products:<br><br>T5 Thermostat, T5+ Smart Thermostat, T6 Thermostat, T6 Pro Thermostat, Wifi 7 Day Programmable Thermostat (RTH6580WF), Wifi Touchscreen Thermostat (RTH8580WF1007), The Round Thermostat |
|---|---|

---

\* Kortek provides this exemplary claim chart for the purposes showing one basis of infringement of the Kortek Patents by Resideo's   Accused Products as defined in the Complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Kortek reserves its right to amend and fully provide its infringement arguments and evidence thereof until its Infringement Contentions are later produced according to the court's Scheduling Order in this case.

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

| USA patent 9,923,376 Claim 12 | |
|---|---|
| A system for controlling an electrical system wired into a structure through a wireless communications link with a personal controller so as to control a supply of electricity to the electrical system, the personal controller having a processor, a user interface, and a wireless communications transceiver, the system comprising: | To the extent the preamble is a limitation, Resideo's T5/T5+ Smart Thermostat constitutes a system for controlling an electrical system wired into a structure through a wireless communications link with a personal controller. Resideo states that its product is a Wi-Fi connected thermostat, as shown by the Resideo website: https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/#f:price=[3-100-200]<br><br><br><br>Wi-Fi is a wireless communications technology.<br><br>The Resideo website states that the Resideo device is a "*Smart Thermostat*" that can be used to "*set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more*": https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/<br><br>The T5+ Smart Thermostat works with all major smart home ecosystems and voice assistants, so you can set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more — just by saying so. We've enabled the T5+ to communicate with Apple HomeKit™, so you can control your thermostat using Siri®, the Apple voice assistant.<br><br>Thermostats are devices that control the functions of heating and cooling systems inside buildings: |

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

https://www.sciencedirect.com/topics/engineering/thermostats

## Thermostats
Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required.

Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com:
https://www.hvac.com/faq/what-is-hvac/

The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's.

## HEATING
Heating a home or building can be achieved through several different systems, such as furnaces, heat pumps, boilers, and ductless systems. Heat can be delivered to a space by different methods:

## AIR CONDITIONING
Air conditioning systems work in reverse of heating systems. Instead of creating heat, air conditioners use energy to extract heat from homes and buildings. Usually, air conditioning systems use a compressor to transfer heat from indoors to outside. The compressor runs on refrigerant, which changes back and forth between liquid and gas. As the refrigerant changes, it absorbs and releases the heat.

HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These are systems that are wired into a structure.

Resideo states that the Resideo product controls "*Heating, Cooling*", indicating that the product controls heating and cooling systems. These systems are wired into a structure.
: https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

| Control Functions | Heating, Cooling |
|---|---|
| Alerts and Reminders | Filter Change 1, Filter Change 2, Vent Filter, UV Bulb 1, UV Bulb 2, Vent Core, Heat Pump Error, AC Power Resumed, Memory Error, Unknown Time, Wi-Fi No Internet, Humidifier Pad, Dehumidifier Filter, Sensor Error, Wi-Fi Radio Error |

The Resideo product is wired into a structure. Resideo provides setup instructions on how to wire the product into a structure and connect it to the heating and cooling systems wired into the same

3

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

structure: https://customer.resideo.com/resources/techlit/TechLitDocuments/33-00000s/33-00474.pdf



| T5 Smart Thermostat | Screws | UWP Mounting System | Anchors | Wall |

**Option A – Finding the C-Wire:**
There might be an extra wire pushed into the wall or wrapped around the wire bundle. Gently pull the wire bundle out of the wall to check for unused wires.

If you have an unused wire, connect that wire to the C terminal on your new thermostat in step 13.

Connect the other end of the unused wire to the C terminal on your heating/cooling system (or the zone panel if your home uses more than one thermostat to control temperature). Be sure any other wire(s) connected to the C terminal stay securely connected when you re-tighten the terminal.

Not all heating/cooling equipment use the C label for the 24 VAC common wire. If your heating/cooling equipment does not have a C terminal, check the system manual or contact the manufacturer to find out which terminal is the 24 VAC common.

Complete installation by following the remaining steps in this guide.

Resideo state the Resideo product can be operated by smartphones: "*Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet*".
https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

| | |
|---|---|
| | Wi-Fi is a wireless communications technology.  Resideo uses Wi-Fi to form a wireless communications link between its product and a smartphone.<br><br>Resideo provides an app for controlling the system that can be downloaded via the Apple Store or Google Play. Apps available on Apple Store and Google Play are installed on personal controllers using iOS or Android operating systems. Personal controllers capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices have a processor, user interface and wireless communications transceiver.<br>https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/<br><br><br><br>The image depicts a smartphone configured with the Honeywell app. The screen indicates an ability to vary the temperature in the 'Living Room' as shown by the current temperature of 72 degrees and arrows pointing up and down, signifying the ability to vary said temperature.<br><br>In order for an app on a smartphone to provide "*heating and cooling control*", the system must be capable of controlling the supply of electricity to the electrical system based on instructions from the smartphone communicated wirelessly. |
| a power control unit including a wireless radio transceiver operable for wireless communication with the personal controller, | Resideo states that the Resideo product is a "*WiFi thermostat*":<br>https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/<br><br>Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.<br><br>Wi-Fi is a wireless communications technology.<br><br>Thermostats are devices that control the functions of heating and cooling systems inside buildings:<br>https://www.sciencedirect.com/topics/engineering/thermostats |

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

## Thermostats

Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required.

Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com: https://www.hvac.com/faq/what-is-hvac/

> The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's.

### HEATING

> Heating a home or building can be achieved through several different systems, such as furnaces, heat pumps, boilers, and ductless systems. Heat can be delivered to a space by different methods:

### AIR CONDITIONING

> Air conditioning systems work in reverse of heating systems. Instead of creating heat, air conditioners use energy to extract heat from homes and buildings. Usually, air conditioning systems use a compressor to transfer heat from indoors to outside. The compressor runs on refrigerant, which changes back and forth between liquid and gas. As the refrigerant changes, it absorbs and releases the heat.

HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These systems require electricity to operate. Thermostats are a power control unit that controls these devices .

Resideo states that the Resideo product is an "*app-controlled thermostat'*: https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

### Keeping life in tune

The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

| | |
|---|---|
| | The Resideo website outlines the "*WiFi Specifications*" of the Resideo product: https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/ |

| | |
|---|---|
| Thermostat Type | Programmable, Communicating |
| WiFi Specifications | 802.11b, 802.11g, 802.11n, 2.4GHz range |
| Color | Black |
| Includes | Thermostat, Quick installation guide, Screws, Anchors, UWP mounting system, C-Wire power adapter |
| Program Modes | 7-Day Programmable |
| Demand Response | Yes |
| Display Type | Touch Screen |
| Power Supply | Hard-wired |

802.11b/g/n, 2.4GHz denotes Wi-Fi. Wi-Fi is a wireless communications technology.

In order for the Resideo product to be an "*app-controlled*" "*Wi-Fi thermostat*", the Resideo product must have a wireless radio transceiver operable for wireless communication with a smartphone. The absence of this element would render the product incapable of communicating wirelessly via Wi-Fi.

Resideo state the Resideo product can be operated by smartphones: "*Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet*": https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.

In order to provide the capability of being able to control the Resideo product using the Honeywell Home app from anywhere by smartphone or tablet, the Resideo product must be capable of wirelessly communicating with the smartphone (personal controller).

| | |
|---|---|
| and a microcontroller configured to operate the radio transceiver in more than one mode, said microcontroller being configured in a first mode to operate said radio transceiver using a peer-to-peer | The Resideo product is a complex electronic device. Complex electronic devices require a microcontroller to run the firmware required to perform the device's desired functions.<br><br>In order for a smartphone to connect to the Resideo product via Wi-Fi, the Resideo product must contain a microcontroller to operate its Wi-Fi communications. The absence of a microcontroller would render the product incapable of communicating via Wi-Fi.<br><br>On information and belief, the Resideo product's microcontroller is configured to operate the radio transceiver in more than one mode, said microcontroller being configured in a first mode to operate |

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

| communications standard; | said radio transceiver using a peer-to-peer communications standard. A Resideo-produced video outlines the setup procedures for the Resideo product. That video provides instructions on how to establish a wireless peer-to-peer link between the Resideo product and a smartphone: https://www.youtube.com/watch?v=mjzVicXvivM |
|---|---|

Transcript of the video in *italics* below.  **[Step N]** added for ease of reference:

- *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.*
- **[Step 1]** *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name.*



- *The thermostat is now broadcasting its own unique Wi-Fi network.*

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



- **[Step 2]** *Press 'Next' on the App.*
- *The App is now instructing you to connect to the thermostat's Wi-Fi network*

- **[Step 3]** *Press 'Next' to continue. Select the Lyric Network name and connect.*
- *Since this local Wi-Fi connection is just between devices, you may receive a message*

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



or alert that the network has no connection to the internet.
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



- *The App will notify you that your thermostat is configured.*
- **[Step 4]** *Since all we're doing is resetting the Wi-Fi connection, none of the other internal settings on the thermostat should be changed such as the schedule, system type, or preferences. Touch 'Next' to continue*

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



- **[Step 5]** *To complete the pairing, enter the 4 digit pin displayed on the face of the thermostat and press 'Done'.*

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions state that the Resideo product will broadcast "*its own unique Wi-Fi network*" and direct a user to connect to that network "*The App is now instructing you to connect to the thermostat's Wi-Fi network. Select the Lyric network name and connect.*" Images of the smartphone further direct a user to the smartphone's Wi-Fi settings where the "*Lyric or TStat*" Wi-Fi networks are visible and selectable. The available " *Lyric or TStat* " Wi-Fi networks indicate that the microcontroller of the Resideo product is configured in a first peer-to-peer mode to operate the radio transceiver in simulating a Wi-Fi network access point. Connecting to the "*Lyric or TStat* " Wi-Fi networks establishes a wireless peer-to-peer connection between the smartphone and the Resideo product without using an intermediary. Instructions further support this by stating " *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*" Images in **Step 3** detail that both the Resideo product and smartphone will notify a user that a connection between the devices has been made: the Resideo product screen states *'Connected'*; while the smartpone highlights and lists the Resideo device ("*Lyric C6FF24*") as the *'Current Network'*.



Further, **Step 4** indicates that the Resideo product screen will state "*Connected*" when a peer-to-peer connection with the smartphone is established. At this time the smartphone screen will state "*Connected to Thermostat*":

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



| | |
|---|---|
| said microcontroller being configured in a second mode to operate said radio transceiver using a non-peer-to-peer communications standard; | On information and belief, the Resideo product's microcontroller is configured in a second mode to operate the radio transceiver using a non-peer-to-peer communications standard.<br><br>A Resideo-produced video outlines the setup procedures for the Resideo product. That video provides instructions on how to establish a non-peer-to-peer communications link with a Wi-Fi network : https://www.youtube.com/watch?v=mjzVicXvivM<br><br>Transcript of the video in *italics* below. **[Step N]** added for ease of reference:<br><br>• *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.*<br>• **[Step 1]** *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name.* |

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



- *The thermostat is now broadcasting its own unique Wi-Fi network*

- **[Step 2]** *Press 'Next' on the App.*

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

- *The App is now instructing you to connect to the thermostat's Wi-Fi network.*



- **[Step 3]** *Press 'Next' to continue. Select the Lyric Network name and connect.*
- *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*

16

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



- *The App will notify you that your thermostat is configured.*
- **[Step 4]** *Since all we're doing is resetting the Wi-Fi connection, none of the other internal settings on the thermostat should be changed such as the schedule, system type, or preferences. Touch 'Next' to continue.*

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



- **[Step 5]** *To complete the pairing, enter the 4 digit pin displayed on the face of the thermostat and press 'Done'.*

- **[Step 6]** *You will now be prompted to connect to your local Wi-Fi network. Choose your home network and enter your password. Use the 'show password' button to verify you have entered*

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

|  | *the correct password*<br>• **[Step 7]** *Touch 'Next' to connect.*<br><br> |

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



Setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions state that the Resideo product will broadcast "*its own unique Wi-Fi network*" and direct a user to connect to that network "*The App is now instructing you to connect to the thermostat's Wi-Fi network. Select the Lyric network name and connect.*" Images of the smartphone further direct a user to the smartphone's Wi-Fi settings where the "*Lyric or TStat*" Wi-Fi networks are visible and selectable. The available "*Lyric or TStat*" Wi-Fi networks indicate that the Resideo product has been configured to simulate a Wi-Fi network access point. Connecting to the "*Lyric or TStat*" Wi-Fi networks establishes a wireless peer-to-peer connection between the smartphone and the Resideo product without using an intermediary. Instructions further support this by stating "*Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*" Images in **Step 3** detail that both the Resideo product and smartphone will notify a user that a connection between the devices has been made: the Resideo product screen states *'Connected'*; while the smartphone highlights and lists the Resideo device ("*Lyric C6FF24*") as the *'Current Network'*.

**Step 6** of the instructions outline connecting to a local Wi-Fi network access point: "*You will now be prompted to connect to your local Wi-Fi network".* The instructions detail steps required to make that connection: "*Choose your home network and enter your password. Use the 'show password' button to verify you have entered the correct password.*"

**Step 7** of the setup procedure instructs a user to tap the "*Next*" button on the smartphone app after choosing the local Wi-Fi network.

Performing the tasks outlined in the setup procedure initiates a second mode whereby the Resideo product connects to a user's selected Wi-Fi network. When connected to an access point in a user's local Wi-Fi network, the Resideo product operates as a Wi-Fi client of that network. The Wi-Fi network access point provides access to the wireless local area network and through that the internet. When operating as a network client, the microcontroller of the Resideo product operates the radio transceiver in a second mode using a non-peer-to-peer communications standard to communicate with the Wi-Fi network access point, router and devices, such as the smartphone running the Resideo App.

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

| An external power control circuit external to the power control unit, the external power control circuit being integrated into at least a portion of the wiring of the commercial or residential structure | Resideo states that the Resideo product is a "Wi-Fi thermostat". https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/ |
|---|---|
| | Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures. |
| | Thermostats are power control devices that control the functions of heating and cooling systems inside buildings: https://www.sciencedirect.com/topics/engineering/thermostats |
| | **Thermostats** Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required. |
| | Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com: https://www.hvac.com/faq/what-is-hvac/ |
| | The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's. |
| | HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These systems are integrated into the wiring of a structure and require electricity to operate. Thermostats control these devices and are power control units. |
| | Resideo state that the Resideo product controls "*Heating, Cooling*", indicating that the product controls heating and cooling systems. These systems are integrated into the wiring of a structure. : https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/ |
| | Control Functions                                                                  Heating, Cooling |
| | Alerts and Reminders          Filter Change 1, Filter Change 2, Vent Filter, UV Bulb 1, UV Bulb 2, Vent Core, Heat Pump Error, AC Power Resumed, Memory Error, Unknown Time, Wi-Fi No Internet, Humidifier Pad, Dehumidifier Filter, Sensor Error, Wi-Fi Radio Error |
| | Furthermore, the Resideo product itself is integrated into the wiring of a structure. Resideo specifically provides setup instructions on how to wire the product into a structure and connect it to the heating |

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

and cooling systems wired into the same structure:
https://customer.resideo.com/resources/techlit/TechLitDocuments/33-00000s/33-00474.pdf



**Option A – Finding the C-Wire:**
There might be an extra wire pushed into the wall or wrapped around the wire bundle. Gently pull the wire bundle out of the wall to check for unused wires.

If you have an unused wire, connect that wire to the C terminal on your new thermostat in step 13.

Connect the other end of the unused wire to the C terminal on your heating/cooling system (or the zone panel if your home uses more than one thermostat to control temperature). Be sure any other wire(s) connected to the C terminal stay securely connected when you re-tighten the terminal.

Not all heating/cooling equipment use the C label for the 24 VAC common wire. If your heating/cooling equipment does not have a C terminal, check the system manual or contact the manufacturer to find out which terminal is the 24 VAC common.

Complete installation by following the remaining steps in this guide.

HVAC systems contain power control circuits external to the power control unit:
https://www.airamericaflorida.com/2018/12/11/how-the-control-circuits-for-air-conditioning-works/

Do you understand how the control circuit of your air conditioning works? You might think that this is not important – but the truth is, this knowledge will help you care for your air conditioning unit better. We all know that proper maintenance is the key to increase the lifespan of your system. It will help you save money and will even make it energy efficient.

Like any system that runs on electricity, there is a sequence that happens to make it work properly. You need to understand the controls so you can follow how the sequence works. This will help you identify the important parts that have the most potential to compromise the functionality of your air conditioning unit.

So what should you know about the control circuit of your air conditioner at home? What happens the moment you turn the thermostat on?

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

<table>
<tr>
<td></td>
<td>

**Two important aspects of the control circuit**

Transformer

Let us start with the transformer. In an AC unit, the transformer is the one that brings down the level of voltage that comes from the source of electricity. For instance, most AC units only need 24 volts to run. But the voltage coming from electrical outlets are usually 120V or 240V. Without the transformer, your air conditioning unit will be fried immediately after you turn it on. The transformer ensures that only the correct voltage will enter the system. Make sure you know the VA rating of the control transformers to ensure that it can give your unit the right voltage.

Now the relay (also known as load) that is in the control system has a VA rating. Make sure that the sum of these VA ratings will not exceed the VA rating that is indicated on the transformer. If it does, it will affect the control circuit of the AC unit. It will not work and the transformer will fail. You should also make sure that the inline fuse is located on the 24V hot side of your unit's transformer. This will protect the transformer from blowing in case there is a dead short in your control circuit.

Relay and contactor

We mentioned the relays. What exactly are these? The relays and the contractors that are used in your AC unit control circuits are responsible for turning different parts on and off. These include the blower motor, compressor, or condenser fan motor. The different parts are powered by 24 volts (usually). The line voltage is passed to these compressors or motors to make it work.

It is important to ensure that the coils and contacts of the relay and contractors receive the right amount of voltage (coil) or amp rating (contact). Otherwise, the high voltage load will blow out the coil or contacts. A 120 voltage will blow out a 24V coil while a 10 amp rating will burn out a contact with a 5 amp rating.

In case this happens, the relay or contractor will have to be replaced. If so, make sure that you replace it with the same voltage or amp rating.

The absence of the power control circuits would make the HVAC system inoperable.

</td>
</tr>
<tr>
<td>

the external power control circuit being configured to vary the supply of electricity to the at least one electrical system based at least in part on instructions communicated from the personal controller through the radio transceiver; and

</td>
<td>

Resideo specifically states the Resideo product can be operated by smartphones:
https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/"

> Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.

Resideo states that, using a smartphone with the Honeywell Home App, the Resideo product can be controlled "*from anywhere*". In order to control the Resideo WiFi thermostat using a smartphone "*from anywhere*", instructions from the smartphone to the Resideo product must be communicated wirelessly.

Resideo states that its product is a "*WiFi thermostat*". The Resideo website indicates the "*WiFi Specifications*" of the Resideo product:
https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

</td>
</tr>
</table>

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

| Thermostat Type | Programmable, Communicating |
| --- | --- |
| WiFi Specifications | 802.11b, 802.11g, 802.11n, 2.4GHz range |
| Color | Black |
| Includes | Thermostat, Quick installation guide, Screws, Anchors, UWP mounting system, C-Wire power adapter |
| Program Modes | 7-Day Programmable |
| Demand Response | Yes |
| Display Type | Touch Screen |
| Power Supply | Hard-wired |

802.11b/g/n, 2.4GHz denote Wi-Fi. Wi-Fi is a wireless communications technology. A device must contain a radio transceiver in order to communicate using a Wi-Fi standard.

Resideo provides an app for controlling the system that can be downloaded via the Apple Store or Google Play. Apps available on Apple Store and Google Play are installed on personal controllers using iOS or Android operating systems respectively. Personal controllers capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices have a processor, user interface, and a wireless communications transceiver:
: :https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/



Instructions from the smartphone, or personal controller, are sent wirelessly to the Resideo product using the radio transceiver of the smartphone. The Resideo product actions the instructions received from the smartphone: "*The app's one-touch dashboard brings heating and cooling control*". Power control circuits in the HVAC are external to the Resideo product. Power control circuits in the HVAC vary the supply of electricity to the system based at least in part on instructions from the smartphone to the Resideo product, the Resideo product being configured as a thermostat:
https://www.airamericaflorida.com/2018/12/11/how-the-control-circuits-for-air-conditioning-works/

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

| | |
|---|---|
| | **How it works together**<br><br>Now that you understand the transformer and the relay or contractor, let us discuss how all these make your air conditioning unit work.<br><br>The relay or contractor is the one responsible for turning the AC unit on or off. It is the switch that makes the motor or compressor running. It is part of the 24V control circuit. Depending on the specific components of your air conditioner, it is possible that some of your relays are controlled by other relays. This affects the overall system and the sequence of operation.<br><br>When you turn the AC unit on through the thermostat, the voltage from the energy source will flow through the transformer. The transformer will ensure that only the right amount of voltage will enter the circuit. From the transformer, the voltage will run to the 24V neutral leg then go to the side of the coil that is attached to it. When the thermostat is on, that means it closes the 24V hot leg to complete the circuit. The coil is energized and in effect, closes the contacts and turns on the blower motor. This will get the air conditioning unit running. |
| a communications link between the power control unit and the external power control circuit, | The Resideo product is integrated into the wiring of a structure. Resideo specifically provides setup instructions on how to wire the product into a structure and connect it to the heating and cooling systems wired into the same structure:<br>https://customer.resideo.com/resources/techlit/TechLitDocuments/33-00000s/33-00474.pdf<br><br><br><br>**T5 Smart Thermostat**     **Screws**     **UWP Mounting System**     **Anchors**     **Wall**<br><br>**Option A – Finding the C-Wire:**<br>There might be an extra wire pushed into the wall or wrapped around the wire bundle. Gently pull the wire bundle out of the wall to check for unused wires.<br><br>If you have an unused wire, connect that wire to the C terminal on your new thermostat in step 13.<br><br>Connect the other end of the unused wire to the C terminal on your heating/cooling system (or the zone panel if your home uses more than one thermostat to control temperature). Be sure any other wire(s) connected to the C terminal stay securely connected when you re-tighten the terminal.<br><br>Not all heating/cooling equipment use the C label for the 24 VAC common wire. If your heating/cooling equipment does not have a C terminal, check the system manual or contact the manufacturer to find out which terminal is the 24 VAC common.<br><br>Complete installation by following the remaining steps in this guide. |

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

### If you have 2 R-wires (R or Rh, and Rc)



1. Set R-switch to the down position.



2. Insert your Rc wire into Rc-terminal.

3. Insert your R or Rh wire into R-Terminal.



The setup instructions outline, amongst other things, certain wires that are connected in order for the Resideo product to communicate with HVAC systems. C, RH and RC wires are found in the wiring of structures and are used to create a communications link between the Resideo product and HVAC. : https://smartthermostatguide.com/thermostat-c-wire-explained/

> The C wire, or "common wire" enables the continuous flow of 24 VAC power to the thermostat.

'RC and 'RH' are HVAC wiring systems wired into structures: https://www.hunker.com/12591763/what-is-the-difference-in-wiring-rc-and-rh

### RC

Despite the many letters used to denote terminal connections and wiring most, if not all, are actually fairly logical. RC is no different and simply means red cooling. The wire is generally red, although there is no color standardization -- but more importantly, the "R" really means that the wire and terminal are hot; it's a live electrical wire. The RC wire connects to the RC terminal, which controls the cooling system.

### RH

Understanding what RC stands for means, you can probably take an educated guess as to the meaning of RH. The "R" still indicates it's a hot wire and terminal connection, and the "H" simply means heating. The RH wire connects to the RH terminal and controls the heating part of the thermostat.

The connection of the wiring provides a communication link between the power control unit (thermostat) and power control circuit in the HVAC, that communication link being capable of making the HVAC perform a desired function at a desired time.

| the microcontroller of | On information and belief, the Resideo product includes a microcontroller configured to operate the |
| --- | --- |

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

| | |
|---|---|
| the power control unit being configured to operate the external power control circuit | external power control circuit. The Resideo product is a thermostat. Thermostats are devices that control the functions of heating and cooling systems inside buildings: https://www.sciencedirect.com/topics/engineering/thermostats<br><br>## Thermostats<br><br>Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required.<br><br>Resideo specifically state the Resideo product can be used to vary the temperature in a home: "*The app's one-touch dashboard brings heating and cooling control*" :https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/<br><br><br><br>In order to provide the capability of providing heating and cooling control, the microcontroller inside the Resideo product must be configured to operate the external power control circuit in HVAC systems. In the absence of being configured to operate the external power control circuit in HVAC, the microcontroller would be unable to provide "*heating and cooling control*."<br><br>Resideo provides instructions on how to configure the power control unit (thermostat) to operate the external power control circuit of a HVAC, an example of which is provided below: https://www.honeywellstore.com/store/images/pdf/RCHT8612WF-lyric-t5-wifi-thermostat.pdf |

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

## Time–based scheduling

With time-based scheduling, you can program your thermostat to follow a predictable schedule based on time of day or day of the week. Here are the programming options:

- **Everyday:** Every day (Mon-Sun) has the same schedule
- **Weekday & Weekend:** Weekdays (Mon-Fri) have the same schedule and weekends (Sat-Sun) have the same schedule
- **Individual Days:** Each day has a different schedule.

There are also four adjustable periods per day: Wake, Away, Home and Sleep.

Your Lyric T5 Pro Wi-Fi thermostat comes with the following default Weekday & Weekend schedule that can help reduce your heating and cooling expenses. To change schedule types (from Weekday & Weekend to a different option) you must use the Lyric app. See page 13 for instructions.

| Period | Start Time | Heat (Mon-Fri) | Cool (Mon-Fri) | Heat (Sat-Sun) | Cool (Sat-Sun) |
|--------|-----------|----------------|----------------|----------------|----------------|
| Wake | 6:00 AM | 70° | 78° | 70° | 78° |
| Away | 8:00 AM | 62° | 85° | 62° | 85° |
| Return | 6:00 PM | 70° | 78° | 70° | 78° |
| Sleep | 10:00 PM | 62° | 82° | 62° | 82° |

The ability to schedule the thermostat to "*reduce heating and cooling expenses*" evidences the configuration of the thermostat to control the external power control circuits in heating and cooling systems located in a structure. The ability to program same evidences the existence of a microcontroller, without which programming of schedules would not be possible.

| | |
|---|---|
| **CLAIM 13**<br>The system of Claim 12, wherein the communications link includes a hardware interface. | The Resideo product is integrated into the wiring of a structure. Resideo specifically provides setup instructions on how to wire the product into a structure and connect it to the heating and cooling systems wired into the same structure:<br>https://customer.resideo.com/resources/techlit/TechLitDocuments/33-00000s/33-00474.pdf<br><br><br><br>T5 Smart Thermostat     Screws     UWP Mounting System     Anchors     Wall |

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

---

**Option A – Finding the C-Wire:**
There might be an extra wire pushed into the wall or wrapped around the wire bundle. Gently pull the wire bundle out of the wall to check for unused wires.

If you have an unused wire, connect that wire to the C terminal on your new thermostat in step 13.

Connect the other end of the unused wire to the C terminal on your heating/cooling system (or the zone panel if your home uses more than one thermostat to control temperature). Be sure any other wire(s) connected to the C terminal stay securely connected when you re-tighten the terminal.

Not all heating/cooling equipment use the C label for the 24 VAC common wire. If your heating/cooling equipment does not have a C terminal, check the system manual or contact the manufacturer to find out which terminal is the 24 VAC common.

Complete installation by following the remaining steps in this guide.

**If you have 2 R-wires (R or Rh, and Rc)**



1. Set R-switch to the **down** position.

 

2. Insert your **Rc wire into Rc-terminal.**

3. Insert your **R or Rh wire into R-Terminal.**

The setup instructions mention, amongst other things, certain wires that are connected in order for the Resideo product to communicate with HVAC systems. C, RH and RC cables are found in the wiring of structures and provide a means for the Resideo product to communicate with HVAC systems:
https://smartthermostatguide.com/thermostat-c-wire-explained/

> The C wire, or "common wire" enables the continuous flow of 24 VAC power to the thermostat.

'RC and 'RH' are HVAC wiring systems wired into structures:
https://www.hunker.com/12591763/what-is-the-difference-in-wiring-rc-and-rh

| | |
|---|---|
| | **RC**<br><br>Despite the many letters used to denote terminal connections and wiring most, if not all, are actually fairly logical. RC is no different and simply means red cooling. The wire is generally red, although there is no color standardization -- but more importantly, the "R" really means that the wire and terminal are hot; it's a live electrical wire. The RC wire connects to the RC terminal, which controls the cooling system.<br><br>**RH**<br><br>Understanding what RC stands for means, you can probably take an educated guess as to the meaning of RH. The "R" still indicates it's a hot wire and terminal connection, and the "H" simply means heating. The RH wire connects to the RH terminal and controls the heating part of the thermostat.<br><br>The connection of the wiring provides a communication link between the power control unit (thermostat) and power control circuit in the HVAC, that communication link being capable of making the HVAC perform a desired function at a desired time.<br><br>Wiring is a hardware interface that provides a communications link. |
| **CLAIM 18**<br>The system of Claim 12, wherein the microcontroller is configured to operate the external power control circuit to vary the supply of electricity to at least one of a heating and air conditioning system. | On information and belief, the Resideo product includes a microcontroller configured to operate the external power control circuit to vary the supply of electricity to at least a heating or air conditioning system. The Resideo product is a thermostat.<br>https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/<br><br>Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.<br><br>Thermostats are power control devices that control the functions of heating and cooling systems inside buildings: https://www.sciencedirect.com/topics/engineering/thermostats<br><br>**Thermostats**<br>Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required.<br><br>Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com: https://www.hvac.com/faq/what-is-hvac/ |

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**

The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's.

HVAC incldues heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These are systems that are wired into a structure and require electricity to operate. Thermostats are power control units that control these devices.

Resideo state that the Resideo product controls "*Heating, Cooling*", indicating that the product controls heating and cooling systems. These systems are wired into a structure.
: https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

| Control Functions | Heating, Cooling |
|---|---|
| Alerts and Reminders | Filter Change 1, Filter Change 2, Vent Filter, UV Bulb 1, UV Bulb 2, Vent Core, Heat Pump Error, AC Power Resumed, Memory Error, Unknown Time, Wi-Fi No Internet, Humidifier Pad, Dehumidifier Filter, Sensor Error, Wi-Fi Radio Error |

Further, Resideo provides instructions on how to install the Resideo product. Specifically provides instructions on to connect to "*heating/cooling system*". :
https://customer.resideo.com/resources/techlit/TechLitDocuments/33-00000s/33-00474.pdf



**Option A – Finding the C-Wire:**
There might be an extra wire pushed into the wall or wrapped around the wire bundle. Gently pull the wire bundle out of the wall to check for unused wires.

If you have an unused wire, connect that wire to the C terminal on your new thermostat in step 13.

Connect the other end of the unused wire to the C terminal on your heating/cooling system (or the zone panel if your home uses more than one thermostat to control temperature). Be sure any other wire(s) connected to the C terminal stay securely connected when you re-tighten the terminal.

Not all heating/cooling equipment use the C label for the 24 VAC common wire. If your heating/cooling equipment does not have a C terminal, check the system manual or contact the manufacturer to find out which terminal is the 24 VAC common.

Complete installation by following the remaining steps in this guide.

Resideo specifically state the Resideo product can be used to vary the temperature in a home: "*The app's one-touch dashboard brings heating and cooling control*"
:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**



In order to provide heating and cooling control, the microcontroller inside the Resideo product must be configured to operate the external power control circuit to vary the supply of electricity in HVAC systems.

Resideo provides instructions on how to configure the Resideo power control unit (thermostat) to operate the external power control circuit, an example of which is provided below:
https://www.honeywellstore.com/store/images/pdf/RCHT8612WF-lyric-t5-wifi-thermostat.pdf

## Time-based scheduling

With time-based scheduling, you can program your thermostat to follow a predictable schedule based on time of day or day of the week. Here are the programming options:

- **Everyday:** Every day (Mon-Sun) has the same schedule
- **Weekday & Weekend:** Weekdays (Mon-Fri) have the same schedule and weekends (Sat-Sun) have the same schedule
- **Individual Days:** Each day has a different schedule.

There are also four adjustable periods per day: Wake, Away, Home and Sleep.

Your Lyric T5 Pro Wi-Fi thermostat comes with the following default Weekday & Weekend schedule that can help reduce your heating and cooling expenses. To change schedule types (from Weekday & Weekend to a different option) you must use the Lyric app. See page 13 for instructions.

| Period | Start Time | Heat (Mon-Fri) | Cool (Mon-Fri) | Heat (Sat-Sun) | Cool (Sat-Sun) |
|--------|-----------|----------------|----------------|----------------|----------------|
| Wake | 6:00 AM | 70° | 78° | 70° | 78° |
| Away | 8:00 AM | 62° | 85° | 62° | 85° |
| Return | 6:00 PM | 70° | 78° | 70° | 78° |
| Sleep | 10:00 PM | 62° | 82° | 62° | 82° |

The ability to schedule the Resideo thermostat to "*reduce heating and cooling expenses*" evidences a thermostat configured to control the external power control circuits in heating and cooling systems located in a structure. The ability to program the same evidences the existence of a microcontroller, without which programming and execution of schedules would not be possible.

**Exhibit G to Kortek's Complaint for Patent Infringement - Claim Chart for the '376 Patent**