# <u>Exhibit H</u>

# to

# Kortek's Complaint for Patent Infringement

# Claim Chart for the '869 Patent

| US Patent No. 10,429,869, Exemplary Claim 1* | Resideo Accused Products:<br><br>T5 Thermostat, T5+ Smart Thermostat, T6 Thermostat, T6 Pro Thermostat, Wifi 7 Day Programmable Thermostat (RTH6580WF), Wifi Touchscreen Thermostat (RTH8580WF1007), The Round Thermostat |
|---|---|

---

\* Kortek provides this exemplary claim chart for the purposes showing one basis of infringement of the Kortek Patents by Resideo  Accused Products as defined in the Complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Kortek reserves its right to amend and fully provide its infringement arguments and evidence thereof until its Infringement Contentions are later produced according to the court's Scheduling Order in this case.

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

| US Patent # 10,429,869 Claim 1 | |
|---|---|
| A power control device for controlling an electrical apparatus, said power control device utilizing a peer-to-peer link between said power control device and a mobile communications device so as to control a supply of electricity to the electrical apparatus, the mobile communications device having a processor, a memory, a user interface, and a wireless communications transceiver, said power control device comprising: | To the extent that the preamble is a limitation, Resideo's T5/T5+ Smart Thermostat is a Wi-Fi connected power control device, as shown by the Resideo website at https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/#f:price=[3-100-200]  The Resideo website states that the Resideo product is a Wi-Fi Thermostat. Wi-Fi is a wireless communications technology. The Resideo website states that the Resideo device can be used to "*set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more -*":https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/  Thermostats are devices that control the functions of heating and cooling systems inside buildings: |

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

https://www.sciencedirect.com/topics/engineering/thermostats

## Thermostats

Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required.

Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com:
https://www.hvac.com/faq/what-is-hvac/

> The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's.

## HEATING

> Heating a home or building can be achieved through several different systems, such as furnaces, heat pumps, boilers, and ductless systems. Heat can be delivered to a space by different methods:

## AIR CONDITIONING

> Air conditioning systems work in reverse of heating systems. Instead of creating heat, air conditioners use energy to extract heat from homes and buildings. Usually, air conditioning systems use a compressor to transfer heat from indoors to outside. The compressor runs on refrigerant, which changes back and forth between liquid and gas. As the refrigerant changes, it absorbs and releases the heat.

HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These systems are electrical apparatus.

The Resideo device is a thermostat which is a power control device for controlling heating and cooling electrical apparatus.

Resideo states that its product is *'app-controlled'*:
:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

### Keeping life in tune

The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.

The Resideo website prompts users to "*Connect your WiFi thermostat to the Honeywell Home App*" to control the device "*from anywhere by smartphone or tablet*":
:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.

Resideo provides an app for controlling the Resideo power control device that can be downloaded via the Apple Store or Google Play. Apps available on Apple Store and Google Play are installed on smartphones or tablets using iOS or Android operating systems respectively:
:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/



Mobile devices capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices are mobile communications devices that have a processor, user interface, memory, and a wireless communications transceiver.

Resideo states on its website that the Resideo product controls "*heating and cooling*". In order to control heating and cooling, the Resideo product must be capable of controlling the supply of electricity to the HVAC electrical apparatus:

4

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

:https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/



Resideo states that it is possible to program and automate HVAC systems:
https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

## Keeping life in tune

The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.

Resideo indicates the app contains the ability to schedule the operation of HVAC systems:
https://digitalassets.resideo.com/damroot/Original/10005/33-00386ES.pdf

### Multiple programming options that fit your lifestyle:

 1. **Location-Based scheduling –** The thermostat uses your smartphone's location to know when you're away, and saves you energy. Through geofence technology, it senses your return and helps make you comfortable upon arrival. You can always manually change your preset Home and Away temperature either on the thermostat or on the Honeywell Home app.
2. **Smart scheduling –** Use a combination of geofencing and time scheduling to fit your busy, active lifestyle.
3. **Time-Based scheduling –** Program your thermostat for one week; each day (each day is a different schedule); Mon-Fri, Sat, Sun; or Mon-Fri, Sat-Sun. All days with four adjustable periods per day.
4. **No scheduling –** Control your comfort manually by adjusting temperature set points only.

The Resideo website indicates the ability to control HVAC systems using a smartphone:
https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



The image depicts a smartphone configured with the Honeywell app. The screen indicates an ability to vary the temperature in the 'Living Room' as shown by the current temperature of 72 degrees and arrows pointing up and down, signifying the ability to vary said temperature.

In order to program and automate HVAC systems, set schedules using the app and vary the heating or cooling in a room, the supply of electricity to HVAC electrical apparatus must be capable of being controlled by the Resideo product based on instructions from the smartphone.

A Resideo-produced video explains the setup procedures for the Resideo product. That video provides instructions on how to establish a wireless peer-to-peer link between the Resideo product and a smartphone: https://www.youtube.com/watch?v=mjzVicXvivM

Transcript of the video **[Step N]** added for ease of reference:

- *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.*
- **[Step 1]** *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name.*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



- *The thermostat is now broadcasting its own unique Wi-Fi network.*

- **[Step 2]** *Press 'Next' on the App.*
- *The App is now instructing you to connect to the thermostat's Wi-Fi network.*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



- **[Step 3]** *Press 'Next' to continue.*
- *Select the Lyric Network name and connect.*
- *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



- *The App will notify you that your thermostat is configured.*
- *[**Step 4**] Since all we're doing is resetting the Wi-Fi connection, none of the other internal settings on the thermostat should be changed such as the schedule, system type, or preferences. Touch 'Next' to continue.*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



- **[Step 5]** *To complete the pairing, enter the 4 digit pin displayed on the face of the thermostat and press 'Done'.*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

Resideo provides instructions on how to connect to the product utilizing a peer-to-peer link between the Resideo product and smartphone.  The setup instructions direct a user to enter the smartphone Wi-Fi settings to view the available Wi-Fi networks that the smartphone can connect to. The instructions state that the Resideo product will broadcast "*its own unique Wi-Fi network*" and direct a user to connect to that network: "*The App is now instructing you to connect to the thermostat's Wi-Fi network. Select the Lyric network name and connect*." Images of the smartphone further direct a user to the smartphone's Wi-Fi settings where the "*Lyric or TStat*" Wi-Fi networks should visible and selectable. The available  " *Lyric or TStat* " Wi-Fi networks indicate that the Resideo product has been configured to simulate a Wi-Fi network access point. Connecting to the " *Lyric or TStat* " Wi-Fi networks establishes a wireless peer-to-peer connection between the smartphone and the Resideo product without using an intermediary. Instructions further support this by stating " *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*" Further, the images in **Step 3** detail that both the Resideo product and smartphone will notify a user that a connection between the devices has been made: the Resideo product screen states *'Connected'*; while the smartpone highlights and lists the Resideo device ("*Lyric C6FF24*") as the *'Current Network'*:



Further, **Step 4** indicates that the Resideo product screen will state "*Connected*" when a peer-to-peer connection with the smartphone is established. At this time the smartphone screen will state "*Connected to Thermostat*":

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



| | |
|---|---|
| a microprocessor having a memory; | The Resideo product is a complex electronic device. Complex electronic devices require a microprocessor with memory to store and run the firmware required to perform the device's desired functions.<br><br>Resideo states on its website that the Resideo product is a Wi-Fi connected thermostat: https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/#f:price=[3-100-200] |

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



In order for a smartphone to connect to the Resideo product via Wi-Fi, the Resideo product must contain a microprocessor having a memory which are required to operate its Wi-Fi communications. The absence of these elements would render the product incapable of communicating via  Wi-Fi.

Resideo further states on its website that the Resideo product is an "*app-controlled thermostat*" that users can "*Program it based on your schedule, or let it automatically adapt as plans change*." :https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/

**Keeping life in tune**

The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.

In order to provide the capability to program the Resideo product and schedule times for it to vary the electricity to an electrical apparatus, the Resideo product must contain a microprocessor with memory to store and run the scheduling program.

| a power control circuit within said power | The Resideo product is configured with a power control circuit within the device. The Resideo website states that the Resideo device is a "*Smart Thermostat*" that can be used to "*set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more -* |
|---|---|

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

| control device, | ":https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/ |
|---|---|
| | The T5+ Smart Thermostat works with all major smart home ecosystems and voice assistants, so you can set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more — just by saying so. We've enabled the T5+ to communicate with Apple HomeKit™, so you can control your thermostat using Siri®, the Apple voice assistant. |
| | Thermostats are devices that control the functions of heating and cooling systems inside buildings: https://www.sciencedirect.com/topics/engineering/thermostats |
| | Thermostats |
| | Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required. |
| | Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com: https://www.hvac.com/faq/what-is-hvac/ |
| | The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's. |
| | **HEATING** |
| | Heating a home or building can be achieved through several different systems, such as furnaces, heat pumps, boilers, and ductless systems. Heat can be delivered to a space by different methods: |
| | **AIR CONDITIONING** |
| | Air conditioning systems work in reverse of heating systems. Instead of creating heat, air conditioners use energy to extract heat from homes and buildings. Usually, air conditioning systems use a compressor to transfer heat from indoors to outside. The compressor runs on refrigerant, which changes back and forth between liquid and gas. As the refrigerant changes, it absorbs and releases the heat. |
| | HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These are systems are electrical apparatus. |
| | Thermostats contain power control circuits: |

| | |
|---|---|
| | https://c03.apogee.net/mvc/home/hes/land/el?utilityname=loup&spc=foe&id=4704#:~:text=The%20thermostat%20is%20part%20of,to%20the%20air%20conditioning%20compressor. |
| | **Types of Circuits - Control Circuits**<br><br>A control circuit is a special type of circuit used to control the operation of a completely separate power circuit. Consider a 1,000 horsepower, large industrial motor driving a water pump. The motor is connected to a high voltage electrical supply of 2,400 volts.<br><br>A common control circuit example is the thermostat to the air conditioner in a house. The thermostat is part of a low-voltage control circuit that controls a relay that actually energizes and de-energizes the power circuit to the air conditioning compressor. |
| | The Resideo product, being a thermostat, contains a power control circuit. |
| | Further, the Resideo website states that the Resideo product can be used to "*set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more -*":https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/ |
| | The T5+ Smart Thermostat works with all major smart home ecosystems and voice assistants, so you can set a specific temperature, make your home warmer or cooler, save a preferred temperature as part of your routine, and more — just by saying so. We've enabled the T5+ to communicate with Apple HomeKit™, so you can control your thermostat using Siri®, the Apple voice assistant. |
| | In order for the Resideo product to be able to "*set a specific temperature, make your home warmer or cooler* ", the Resideo product must contain a power control circuit.  In the absence of a power control circuit, the Resideo product would not be able to turn the HVAC  electrical apparatus on or off to make a "*home warmer or cooler*". |
| said power control circuit being configured to implement a command from said microprocessor to vary the supply of electricity to the electrical apparatus; and | The Resideo product has a power control circuit configured to implement a command from its microprocessor to vary the supply of electricity to the HVAC system. Resideo states on its website that the Resideo product is an "*app-controlled thermostat*" that users can "*Program it based on your schedule, or let it automatically adapt as plans change.*" :https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/<br><br>**Keeping life in tune**<br><br>The T5+ Smart Thermostat gives you comfort knowing your home temperature is always to your liking. This app-controlled thermostat is easy to install and conveniently fits your lifestyle. Program it based on your schedule, or let it automatically adapt as plans change.<br><br>The use of the phrase "*Program it based on your schedule, or let it automatically adapt as plans change*" requires a command from a microprocessor to vary the supply of electricity to the HVAC |

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

| | |
|---|---|
| | electrical apparatus in accordance with the scheduling or adaptive programming.<br><br>Resideo further indicates the app contains the ability to schedule HVAC systems:<br>https://digitalassets.resideo.com/damroot/Original/10005/33-00386ES.pdf<br><br>**Multiple programming options that fit your lifestyle:**<br><br> 1. **Location-Based scheduling –** The thermostat uses your smartphone's location to know when you're away, and saves you energy. Through geofence technology, it senses your return and helps make you comfortable upon arrival. You can always manually change your preset Home and Away temperature either on the thermostat or on the Honeywell Home app.<br>2. **Smart scheduling –** Use a combination of geofencing and time scheduling to fit your busy, active lifestyle.<br>3. **Time-Based scheduling –** Program your thermostat for one week; each day (each day is a different schedule); Mon-Fri, Sat, Sun; or Mon-Fri, Sat-Sun. All days with four adjustable periods per day.<br>4. **No scheduling –** Control your comfort manually by adjusting temperature set points only.<br><br>In order for the electrical apparatus to be turned on/off/scheduled, the Resideo product must have a power control circuit configured to vary the supply of electricity to the HVAC electrical apparatus based on a command from the microprocessor. This is evidenced by the ability to set schedules for when HVAC is to turn on and off: "*program your thermostat for one week; each day (each day is a different schedule)."* The absence of a power control circuit configured to vary the supply of electricity on a command from the microprocessor would make the ability to schedule the HVAC electrical apparatus impossible. |
| a wireless communications transceiver operable for two-way, peer to-peer communication with the mobile communications device, | The Resideo product includes a wireless communications transceiver operable for two-way, peer-to-peer communication with the mobile communication device (smartphone).<br><br>The Resideo website states that the Resideo product is a Wi-Fi Thermostat. Wi-Fi is a wireless communications technology. In order to communicate via Wi-Fi, the Resideo product must contain a wireless communications transceiver.<br><br>As indicated below on the Resideo website, the Resideo product uses Wi-Fi to communicate with a smartphone: "*Connect your WiFi thermostat to the Honeywell Home app*" and "*Control from anywhere by smartphone or tablet.*" https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/t5-smart-thermostat-rcht8612wf2005-u/<br><br>Connect your WiFi thermostat to the Honeywell Home App, a platform designed to simplify your home comfort with a single app. Control from anywhere by smartphone or tablet, and receive push notifications to remind you to change your filter and warn you of extreme indoor temperatures.<br><br>Without a wireless communications transceiver, the Resideo product would be unable to communicate with the Honeywell Home App running on a smartphone.<br><br>A Resideo-produced video explains the setup procedures for the Resideo product. That video provides instructions on how to establish a two-way peer-to-peer wireless connection between the Resideo product and a smartphone: https://www.youtube.com/watch?v=mjzVicXvivM |

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

Transcript of the video in *italics* below.  **[Step N]** added for ease of reference:

- *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.*
- **[Step 1]** *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name.*



- *The thermostat is now broadcasting its own unique Wi-Fi network.*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



- **[Step 2**] *Press 'Next' on the App.*
- *The App is now instructing you to connect to the thermostat's Wi-Fi network*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

- **[Step 3]** *Press 'Next' to continue.*
- *Select the Lyric Network name and connect.*
- *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*



**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



- *The App will notify you that your thermostat is configured.*
- *[Step 4] Since all we're doing is resetting the Wi-Fi connection, none of the other internal settings on the thermostat should be changed such as the schedule, system type, or preferences. Touch 'Next' to continue.*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



- **[Step 5]** *To complete the pairing, enter the 4 digit pin displayed on the face of the thermostat and press 'Done'.*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

Resideo provides instructions on how to connect to the Resideo product using a wireless communications transceiver operable for two-way, peer-to-peer communications with a smartphone or mobile communications device. The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions state that the Resideo product will broadcast "*its own unique Wi-Fi network*" and direct a user to connect to that network: "*The App is now instructing you to connect to the thermostat's Wi-Fi network. Select the Lyric network name and connect.*" Images of the smartphone further direct a user to the smartphone's Wi-Fi settings where the "*Lyric or TStat*" networks are visible and selectable. The available " *Lyric or TStat*" Wi-Fi networks indicate that the Resideo product has been configured to simulate a Wi-Fi network access point. Connecting to the "*Lyric or TStat*" Wi-Fi networks establishes a peer-to-peer connection between the smartphone and the Resideo product without using an intermediary. Instructions further support this by stating "*Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*" Further, the images in **Step 3** detail that both the Resideo product and smartphone will notify a user that a connection between the devices has been made: the Resideo product screen states *'Connected'*; while the smartphone highlights and lists the Resideo device ("*Lyric C6FF24*") as the *'Current Network'*:



Further, **Step 4** indicates that the Resideo product screen will state "*Connected*" when a peer-to-peer connection with the smartphone is established. At this time the smartphone screen will state "*Connected to Thermostat*":

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



| said microprocessor being configured to always send, using said wireless control transceiver, a discovery message without passing through a wireless router or access point, the discovery message being sent to initiate contact with the mobile communications device to open a peer-to-peer wireless communications link with the mobile communications device, | On information and belief, the Resideo product includes a microprocessor configured to always send, using said wireless control transceiver, a discovery message without passing through a wireless router or access point, the discovery message being sent to initiate contact with the mobile communications device to open a peer-to-peer wireless communications link with the mobile communications device.<br><br>Resideo states its product is a Wi-Fi thermostat:<br>https://www.resideo.com/us/en/products/air/thermostats/wifi-thermostats/#f:price=[3-100-200] |
|---|---|

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



Wi-Fi is a wireless communications technology. The Resideo product contains a wireless transceiver. The absence of a wireless transceiver would make the Resideo product incapable of communicating via Wi-Fi.

A Resideo-produced video contains setup instructions that indicate the Resideo product has a wireless transceiver configured to send a discovery message by simulating a Wi-Fi access point in initiating contact with a smartphone to open a peer-to-peer wireless communications link: https://www.youtube.com/watch?v=mjzVicXvivM

Transcript of the video **[Step N]** added for ease of reference:

- *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.*
- **[Step 1]** *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



- *The thermostat is now broadcasting its own unique Wi-Fi network.*

- **[Step 2]** *Press 'Next' on the App.*
- *The App is now instructing you to connect to the thermostat's Wi-Fi network.*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



- **[Step 3]** *Press 'Next' to continue.*
- *Select the Lyric Network name and connect.*
- *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



Resideo provides instructions on how to connect a smartphone to the Resideo product peer-to-peer using Wi-Fi. The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone has identified and can connect to. The instructions state that the Resideo product broadcasts "*its own unique Wi-Fi network*" and advises  users to connect to that network "*The App is now instructing you to connect to the thermostat's Wi-Fi network. Select the Lyric network name and connect.*" Images of the smartphone further direct a user to the smartphone's

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

| | |
|---|---|
| | Wi-Fi settings where the "*Lyric or TStat*" Wi-Fi networks are visible and selectable.<br><br>The images displayed on the smartphone screen, together with accompanying statements, demonstrate that the Resideo product is configured to always send a discovery message in initiating contact with the smartphone by simulating a Wi-Fi access point so as to be discoverable by the smartphone as a " *Lyric or TStat* " Wi-Fi network in order to open a peer-to-peer wireless communications link.<br><br>The fact that the Resideo product can be found directly by the smartphone and statements that the product broadcasts "*its own unique Wi-Fi network*" and that the "*App is now instructing you to connect to the thermostat's Wi-Fi network*" demonstrate that the discovery message does not pass through a wireless router or access point. |
| said wireless control transceiver being configured to operate by simulating a network access point in establishing a peer-to-peer link with the mobile communications device. | On information and belief, the Resideo product includes a wireless control transceiver being configured to operate by simulating a network access point in establishing a peer-to-peer link with the mobile communications device.<br><br>A Resideo-produced video contains setup instructions that indicate the Resideo product has a wireless transceiver configured to operate by simulating a network access point in establishing a peer-to-peer link with a smartphone. https://www.youtube.com/watch?v=mjzVicXvivM<br><br>Transcript of the video in *italics* below.  **[Step N]** added for ease of reference:<br><br>• *If your thermostat is showing as offline both on the Honeywell Home app and the screen of the thermostat, we're here to get you reconnected.*<br>• **[Step 1]** *Press and hold the temperature display. A short animation will appear followed by a Lyric Network name*<br><br><br><br>• *The thermostat is now broadcasting its own unique Wi-Fi network.* |

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



- **[Step 2]** *Press 'Next' on the App.*
- *The App is now instructing you to connect to the thermostat's Wi-Fi network.*

- **[Step 3]** *Press 'Next' to continue.*
- *Select the Lyric Network name and connect.*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

- *Since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet.*
- *This is normal. Simply dismiss the alert and press the 'Back' button to return to the App*



**Exhibit H to Kortek's Complaint for Patent Infringement – Claim Chart for the '869 Patent**



- *The App will notify you that your thermostat is configured.*
- *[**Step 4**] Since all we're doing is resetting the Wi-Fi connection, none of the other internal settings on the thermostat should be changed such as the schedule, system type, or preferences. Touch 'Next' to continue*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**



- *[Step 5] To complete the pairing, enter the 4 digit pin displayed on the face of the thermostat and press 'Done'.*

**Exhibit H to Kortek's Complaint for Patent Infringement - Claim Chart for the '869 Patent**

|  | The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. **Step 1** of the instructions states that the Resideo product will broadcast "*its own unique Wi-Fi network*". In doing this, the Resideo product simulates a network access point in order to establish a peer-to-peer Wi-Fi communications link with the smartphone. A simulated access point is used to create a communications channel between devices but does not provide a connection to a local area network or the internet. **Step 2** instructs a user to "*connect to the thermostat's Wi-Fi network*." **Step 3** states that "*since this local Wi-Fi connection is just between devices, you may receive a message or alert that the network has no connection to the internet*." **Step 3** is further evidence that the Resideo product is simulating a network access point. |
|---|---|