# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| Kortek Industries Pty Ltd. | |
| Plaintiff, | Civil Action No. 6:20-cv-00836-ADA |
| v. | The Honorable Judge Alan D. Albright |
| Resideo Technologies, Inc. | **JURY TRIAL DEMANDED** |
| Defendant | |

## CASE READINESS STATUS REPORT

Plaintiff Kortek Industries Pty Ltd. and Defendant Resideo Technologies, Inc. hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on September 14, 2020. There have been two extensions through and until January 28, 2021. The parties have been continuing settlement discussions.

## RESPONSE TO THE COMPLAINT

Defendant filed its Answer on January 28, 2021 (but also had a 30-day extension granted by the Court). No counterclaims were filed.

## PENDING MOTIONS

There are no pending motions in this case.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following two cases in this Judicial District include common asserted patents: Kortek Industries Pty Ltd. v. Hubbell Incorporated (6:20-cv-00761-ADA) and Kortek Industries Pty Ltd. v. Shenzhen Gosund Technology Co., Ltd. (6:20-cv-00528-ADA). In addition, the following two related matters have been settled and terminated: Kortek Industries Pty Ltd. v. SDI Technologies Inc. (6:20-cv-00763-ADA) and Kortek Industries Pty Ltd. v. Intermatic Incorporated (6:20-cv-00396-ADA).

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings at this time.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted four patents and will disclose its asserted claims with its Preliminary Infringement Contentions no less than one week before the CMC.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not believe that a technical adviser is needed to assist with claim construction or other technical issues is needed in this case, but are willing to abide by the Court's guidance.

**MEET AND CONFER STATUS**

Plaintiff and Defendant conducted a meet & confer conference on February 12, 2021 and have engaged in email discussions through this filing, including another meet & confer on February 22, 2021. The parties have continued to discuss settlement and issues related to narrowing the litigation.

**Defendant's Statement Regarding Discovery Relating to Effective Filing Dates and Invention Dates:**

Defendant Resideo anticipates that the parties are likely to dispute the "effective filing date" and/or invention date for at least some of Kortek's asserted claims. The patents cover subject matter implicating computer networking and wireless communications technology at a time when the state of the art was rapidly evolving. In addition, the actual filing dates of some claims and the dates of the earliest provisional applications cited in the patents span five years (between 2011 and 2016.) Given the likelihood of material disputes relating to the relevant dates, Defendant Resideo will likely seek email and ESI discovery from the named inventors and prosecutors. But at this stage, based on assurances from Kortek about the willingness of the inventors and prosecutors to participate in discovery, and assuming Kortek produces all provisional applications referenced in the asserted patents (whether publicly available or not) as part of its contention disclosures, Resideo does not anticipate a need to start any such discovery before Markman proceedings.

3

**<u>Plaintiff Kortek's</u> <u>Statement Regarding Pre-Markman Discovery</u>**:

Plaintiff Kortek agrees that no pre-*Markman* discovery is needed regarding effective filing date because any dispute regarding the effective filing date due to Kortek's provisional patent applications, this is an argument for after claim construction when substantive discovery begins.

Dated: March 16, 2021

Respectfully submitted,

By: */s/ Erick Robinson*
Erick Robinson (TX Bar No. 24039142)
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, TX 77002
Telephone: (713) 226-6615
Mobile: (713) 498-6047
Fax: (713) 583-9737
erobinson@porterhedges.com
*Counsel for Kortek Industries Pty Ltd*


*/s/ Sybil L Dunlop*
Sybil L. Dunlop
Greene Espel PLLP
222 South Ninth Street Suite 2200
Minneapolis, MN 55402
Tel. 612.373.0830
sdunlop@greeneespel.com
*Counsel for Resideo Technologies, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, the foregoing was filed electronically in compliance with Local Rule CV-5(b)(1) and served via the Court's electronic filing system on all counsel who have consented to electronic service.

*/s/ Erick Robinson*
*Erick Robinson*